UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI DECOSTANZO, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br> -against-<br><br>GLAXOSMITHKLINE PLC and GLAXOSMITHKLINE LLC,<br><br>         Defendants. | Case No. 2:21-CV-04869-NJC-AYS |

### NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Lori DeCostanzo ("**Plaintiff**") respectfully submits this *Unopposed Motion for Preliminary Approval of Class Action Settlement* pursuant to Federal Rule of Civil Procedure 23. Plaintiff also submits her memorandum of law in support of this Motion, which is being filed contemporaneously herewith, and hereby does move this Court for an Order which: (1) certifies the case as a class action for purposes of settlement; (2) grants preliminary approval to the Class Action Settlement Agreement (attached as **Master Exhibit 1** to the *Declaration of Mason Barney in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement* submitted herewith); (3) approves Angeion Group LLC as the settlement administrator and directs notice of the proposed Settlement to the Class; (4) directs that Notice be sent to the Settlement Class in the form and manner proposed in the Settlement Agreement and its attachments; (5) appoints Plaintiff as Class Representative; (6) appoints Mason A. Barney and Michael P. Connett of Siri & Glimstad LLP as Class Counsel; and (7) sets a hearing date and schedule for a final fairness hearing.

A proposed Preliminary Approval Order is filed herewith.

2

Dated: April 21, 2025                                    SIRI & GLIMSTAD LLP

*/s/ Mason A. Barney*
Aaron Siri
Mason A. Barney
Elizabeth A. Brehm
Sonal Jain
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (888) 747-4529
aaron@sirillp.com
ebrehm@sirillp.com
mbarney@sirillp.com
sjain@sirillp.com

Michael P. Connett
SIRI & GLIMSTAD LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 1000
(888) 747-4529
mconnett@sirillp.com

*Attorneys for Plaintiff
and the Putative Classes*

## CERTIFICATE OF SERVICE

I certify that on this date, I caused a true and correct copy of *Unopposed Motion for Preliminary Approval of Class Action Settlement* to be served by electronic mail upon the following:

Grant R. MacQueen (NY Bar No. 5155114)
MORGAN, LEWIS & BOCKIUS, LL
grant.macqueen@morganlewis.com

J. Gordon Cooney, Jr. (pro hac vice)
Natalie M. Georges (NY Bar No. 5011325)
MORGAN, LEWIS & BOCKIUS, LLP
gordon.cooney@morganlewis.com
natalie.georges@morganlewis.com

*Attorneys for Defendants GlaxoSmithKline plc and GlaxoSmithKline LLC*

Dated: April 21, 2025  /s/ Mason A. Barney
Mason A. Barney